# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kris D. Aksteter,

                Plaintiff,

vs.

BAC Home Loans Servicing, LP,

                Defendant.

Civil No. 10-4297 (RHK/JSM)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 21, 2010

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge